UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
: No. 06-228 M-01.
v. :
: **UNDER SEAL**
ENTIRE PREMISES OF :
1117 WAHLER PLACE, SE :
3092 STANTON ROAD SE, APT #203 :
4203 FOURTH STREET, SE, APT #1 :
4331 FOURTH STREET, SE, APT #2 :
4331 FOURTH STREET, SE APT #5 :
4217 FOURTH STREET, SE, APT #3 :
4204 FOURTH STREET, S.E., APT #201 :
3819 SECOND STREET, S.E., APT C :
All in Washington, D.C. :

FILED
MAY 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon motion of the United States, it is this __18__ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

Alan Kay
United State Magistrate Judge