AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4217 Fourth Street, SE
Apartment, #3
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06-228 M-01

TO: __Special Agent Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Christopher Fiorito__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):
Location is described as a brick multi-family dwelling located in the second court, in the 4200 block of Fourth Street, SE. Building 4217 is the first building on the right entering the court from Fourth Street, SE. The numerals "4217" are posted on the front entrance of the apartment building itself in white and affixed to a brown placard. The number "3" is posted on the door of the apartment.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___MAY 26 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 16 2006

at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/06 | 5/23/06  11:02 AM | In Custody |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| In Custody |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED FD-597

**FILED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Christopher Fiots]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

05-30-06
Date

FD-597, (Rev 8-11-94)

Page _1_ of _1_

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

11:02 AM
12:14 pm

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
[x] Received From
[ ] Returned To
[ ] Released To
[ ] Seized

(Name) Brennan Briggs

(Street Address) 4217 4th St #2 SE

(City) WDC

Description of Item(s): ITEM #1 CRACK PIPE LOCATED IN (RM A) (UNDERNEATH TONIA WILSON) BY SA SWINDELL

ITEM #2 SCALE IN CLOSET IN UPSTAIRS OF APT (RM D/KITCHEN)

ITEM #3 WHITE PIECE OF PAPER [illegible]

[several lines of illegible handwriting]

ITEM [#] CARDBOARD [illegible] [illegible] [illegible] [illegible]

Received By: /s/ [illegible] (Signature)    Received From: /s/ [illegible] (Signature)