UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

| | | |
|---|---|---|
| 4217 FOURTH STREET, SE, APARTMENT #3 | : | 06-228-M-01 |
| WASHINGTON, D.C. | : | |

**ORDER**

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_____          _____
Date                                                    United States Magistrate Judge